UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN ROSS,<br><br>        Plaintiff,<br><br>-against-<br><br>DOCTOR'S ASSOCIATES, INC.,<br>SUBWAY REAL ESTATE CORP.,<br>DMCRL HOLDINGS LLC and A&Y SUB<br>CORPORATION,<br><br>        Defendants. | Index No.<br>17-cv-2330(DLI)(SMG) |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the above-captioned parties, that the deadline for the DMCRL HOLDINGS LLC to move, answer or otherwise respond to the Complaint in the above-captioned action is hereby extended to June 15, 2017.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the A&P Defendants hereby preserve any and all affirmative defenses, objections, privileges and immunities available to them at law and/or in equity;

IT IS HEREBY FURTHER STIPULATED AND AGREED THAT this stipulation may be executed by facsimile and in counterparts.

Dated: May 16, 2017

| | |
|---|---|
| BIZER & DeREUS<br><br>By:_____<br>   Andrew Bizer<br>3319 St. Clause Ave.<br>New Orleans, LA 70117<br>*Attorney for Plaintiff* | PRYOR CASHMAN LLP<br><br>By _____<br>   Sarah E. Bell<br>7 Times Square<br>New York, New York 10036-6569<br>(212) 421-4100<br>*Attorneys for Defendant* |

SO ORDERED: _____