UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
KATHLEEN ROSS,                              :
an individual,                              :   CASE NO.: 1:17-cv-02330-DLI-SMG
                                            :
            Plaintiff,                      :   JUDGE: Dora L. Irizarry
vs.                                         :
                                            :   MAGISTRATE: Steven M. Gold
DOCTOR'S ASSOCIATES INC.;                   :
SUBWAY REAL ESTATE CORP.;                   :
DMCRL HOLDINGS LLC; and A & Y               :
SUB CORPORATION,                            :
                                            :
            Defendants.                     :
------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against all of the Defendants without fees or costs to any party against any other.

**IT IS FURTHER STIPULATED AND AGREED**, that the Court shall retain jurisdiction to enforce the parties' confidential settlement agreement.

**IT IS FURTHER STIPULATED**, that this stipulation may be executed by facsimile and in counterparts.

Dated: August 2, 2017

                                                        Respectfully Submitted,

1

| | |
|---|---|
| BIZER & DEREUS<br>Attorneys for Plaintiff<br>Andrew D. Bizer, Esq. (LA # 30396)<br>andrew@bizerlaw.com<br>3319 St. Claude Ave.<br>New Orleans, LA 70117<br>T: 504-619-9999; F: 504-948-9996<br><br>By:/s/ Andrew D. Bizer<br>    **ANDREW D. BIZER** | PRYOR CASHMAN LLP<br>Attorneys for DMCRL Holdings LLC<br>Sarah E. Bell<br>7 Times Square<br>New York, NY 10036<br>T: (212) 421- 4100<br><br><br>By:  Sarah E. Bell<br>    **SARAH E. BELL** |

Thomas P. Ryan, Jr., Esq.
Senior Litigation Attorney
The Law Office of Charles J. Siegel
Litigation Counsel of the CNA insurance companies
125 Broad Street, 7th Floor
New York, New York 10004
Direct Dial: (212) 440-2328
Blackberry:  (646) 376-8178
Fax: (866) 603-8595

By:  Thomas P. Ryan, Jr.
    **THOMAS P. RYAN, Jr.**

                                    **SO ORDERED:**

                                    _____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 2, 2017, by email, hand delivery, deposit in regular mail (postage prepaid), or ECF filing.

                                    By:/s/ Andrew D. Bizer
                                        **ANDREW D. BIZER**